UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Serigne Khabane Lame,<br><br>    Petitioner<br><br>v.<br><br>Corrections Captain, Corrections Division, City of Henderson Police Department, Michael Bernackle, Field Office Director, Immigration and Customs Enforcement, et al.,<br><br>    Respondents | Case No. 2:25-cv-1001-CDS-DJA<br><br>**Order Construing in Part Plaintiff-Petitioner's Writ of Habeas Corpus as an Emergency Motion for a Temporary Restraining Order and Granting Temporary Relief, Directing Plaintiff-Petitioner to File an Emergency TRO, Order Directing Respondents to Respond, and Order Setting Hearing**<br><br>[ECF No. 1] |

Plaintiff-petitioner Serigne Khabane Lame has filed a Petition for Writ of Habeas Corpus, which the court construes, in part, as an Emergency Motion for a Temporary Restraining Order. ECF No. 1. Having reviewed the petition/motion, the court grants the following temporary relief to maintain the status quo:

IT IS ORDERED that respondents, their agents, representatives, and all persons or entities acting in concert with them are hereby restrained for 72 hours, until 5:30 p.m. on Monday, June 9, 2025, from removing plaintiff-petitioner from the State and Federal District of Nevada;

IT IS FURTHER ORDERED that plaintiff-petitioner must file a separate emergency motion for temporary restraining order setting forth and addressing the standard set forth in *Winter v. N.R.D.C.*, 555 U.S. 7, 20 (2008) no later than 7:00 p.m. on Saturday, June 7, 2025;

IT IS FURTHER ORDERED that plaintiff-petitioner must serve a copy of the habeas corpus petition (ECF No. 1), by June 6, 2025, and is further ordered to serve a copy of the to-be-filed emergency TRO electronically by Saturday, June 7, 2025, upon the Chief of the Civil Division of the United States Attorney's Office for the District of Nevada;

IT IS FURTHER ORDERED that respondents must file a response by 7:00 p.m. on Sunday, June 8, 2025; and

IT IS FURTHER ORDERED that this matter is set for hearing at 9:30 a.m. on Monday, June 9, 2025, in LV Courtroom 6B, at which time plaintiff-petitioner will have an opportunity to reply to the government's response, and the court will hear argument from both parties.

Dated: June 6, 2025

_____
Cristina D. Silva
United States District Judge