UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Serigne Khabane Lame,

        Petitioner

v.

Corrections Captain, Corrections Division, City of Henderson Police Department, et. al,

        Respondents

Case No. 2:25-cv-01001-CDS-DJA

**Order Directing Service of Petition and Response**

      Plaintiff-petitioner Serigne Khabane Lame brings this petition for federal habeas corpus relief under 28 U.S.C. § 2241 challenging his removal from the United States. Having conducted a preliminary review of the petition, I now direct that it be served on the respondents.

      I therefore order that the Clerk of Court is directed to SERVE copies of the petition (ECF No. 1) and this order upon respondents as follows:

- By electronically through CM/ECF serving a copy of the petition (ECF No. 1) and this order on the United States Attorney for the District of Nevada in accordance with Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure;

- By sending a copy of the petition (ECF No. 1) and this order by mail to: The Corrections Captain of the City of Henderson Police Department, 18 E Basic Rd, Henderson, NV 89015; (2) Michael Bernackle, Salt Lake City Field Office Director, U.S. Immigration & Customs Enforcement, Enforcement and Removal Operations, 2975 Decker Lake Drive, Suite 100, West Valley City, UT 84119-6096; (3) Todd Lyons, Acting Director for U.S. Immigration and Customs Enforcement, 500 12th St. SW, Washington, DC 20536; and (4) Kristi Noem, Secretary of the Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528.

IT IS FURTHER ORDERED that respondents must **appear** in this action within **three days** of the date of this order and **file and serve** their response to the petition within **fourteen days** of the date of this order, unless additional time is allowed for good cause shown.

Dated: June 6, 2025

_____
Cristina D. Silva
United States District Judge