# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Serigne Khabane Lame, | Case No. 2:25-cv-1001-CDS-DJA |
| Petitioner | **Order Vacating Hearing** |
| v. | |
| Corrections Captain, Corrections Division, City of Henderson Police Department, Michael Bernackle, Field Office Director, Immigration and Customs Enforcement, et al., | |
| Respondents | |

In this habeas proceeding under 28 U.S.C. § 2241, petitioner-plaintiff Serigne Khabane Lame filed, on June 6, 2025, a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i), indicating that he intends to voluntarily leave the country. ECF No. 4. On June 8, 2025, he filed an amended notice further indicating that (1) the parties resolved this matter after I entered an order granting temporary relief and setting a briefing schedule and hearing, (2) the parties will not be filling further responses addressing the merits of this matter, and (3) the hearing scheduled for Monday, June 9, 2025, at 9:30 a.m. is also no longer necessary and should be vacated. ECF No. 5.

Rule 41(a) permits a petitioner to dismiss an action voluntarily, without court order, by filing a notice of dismissal at any time before the opposing party serves either an answer or a motion for summary judgment. *See Howard v. On Habeas Corpus*, 2013 U.S. Dist. LEXIS 36285 (E.D. Cal. Mar. 15, 2013) (granting habeas petitioner's request for voluntary dismissal under Rule 41(a)). The respondents have not filed any answer or motion for summary judgment in this action. Therefore, under Rule 41(a)(1), this action is deemed dismissed by operation of law, without any court order. *See Commercial Space Management Co. v. Boeing Co.*, 193 F.3d 1074, 1078 (9th

Cir. 1999) ("it is beyond debate that a dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it"). The dismissal is without prejudice. Therefore, it is ordered that the June 9 hearing, is vacated.

Dated: June 9, 2025

_____
Cristina D. Silva
United States District Judge